RECEIVED
DEC - 7 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ELIZABETH SIMON | j CIVIL ACTION 1:17-CV-00237 |
| VERSUS | JUDGE DRELL |
| REBEKAH GEE, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendants' first Motion to Dismiss the amended complaint (Doc. 23) is DENIED as moot.

IT IS ALSO ORDERED that Defendants' second Motion to Dismiss the amended complaint (Doc. 34) is DENIED as moot.

IT IS ALSO ORDERED that Simon's Motion for Judgment on the Pleadings (Doc. 48) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this ___ day of December, 2017.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT